Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Jason A. Davis [SBN: 224250]
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Voice: (949) 310-0817
Fax:   (949) 288-6894
E-Mail: Jason@GalGunLawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA HARRIS, Attorney General of California (in her official capacity), CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, OFFICER DEAN BECKER (RP134) and DOES 1 TO 20,<br><br>Defendants. | Case No.:<br><br>**NOTICE OF RELATED CASE**<br><br>Local Rule 3-12 |

Pursuant to Northern District Civil Rule 3-12, Plaintiffs hereby give notice that they are aware of an earlier case with the following factors in common:

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Notice: Related Case                    Page 1 of 2                    Richards v Harris

1. The prior case shares the common Plaintiffs: Calguns Foundation, Inc., and Second Amendment Foundation, Inc.

2. The prior case shares the common Defendants: Kamala Harris, Attorney General and the California Department of Justice.

3. The prior case shares legal theories, that if the Plaintiffs are correct, would require the same prospective injunctive relief against the common Defendants.

4. The prior case and this one will require to the Court analyze California's Assault Weapons Statutes and Regulations.

The prior case is *Haynie v. Harris*; Case No.: 10-CV-1255-SI. The Case is currently pending before the Honorable Susan Illston in the San Francisco Division of the United States District Court for the Northern District. That case has a dispostive motion set to be heard on June 10, 2011 at 9:00 a.m. in Courtroom 10.

As soon as this case is docketed, Plaintiffs' Counsel will file the required "Administrative Motion to Consider Whether Case Should be Related" pursuant to Local Rules 3-12 and 7-11 in the earlier case.

Dated: May 19, 2011,

/s/
Donald Kilmer, Jr. [SBN: 179986]
Law Offices of Donald Kilmer, APC
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax: (408) 264-8487
E-Mail: Don@DKLawOffice.com

/s/
Jason A. Davis [SBN: 224250]
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Voice: (949) 310-0817
Fax: (949) 288-6894
E-Mail: Jason@GalGunLawyers.com

Attorneys for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487